**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE**, Supervising Assistant City Attorney (SBN 115453)
**ELIZABETH T. FITZGERALD**, Deputy City Attorney (SBN 158917)
200 N. Main Street; 6th Floor, City Hall East
Los Angeles, CA 90012
Email: Elizabeth.fitzgerald@lacity.org
Phone No.: (213) 978-7560, Fax No.: (213) 978-8785

*Attorneys for Defendant* **CITY OF LOS ANGELES, CHIEF CHARLIE BECK AND SERGEANT EDWARD KINNEY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE | **CASE NO. CV17-03306 SJ0-MRWx** |
| | *Honorable S. James Otero* |
| Plaintiff, | |
| | **ANSWER BY DEFENDANTS CITY** |
| vs. | **OF LOS ANGELES, CHIEF** |
| | **CHARLIE BECK AND SERGEANT** |
| CITY OF LOS ANGELES; CHIEF | **EDWARD KINNEY TO** |
| CHARLIE BECK, in his official | **PLAINTIFF'S  FIRST AMENDED** |
| capacity; SERGEANT EDWARD J. | **COMPLAINT FOR DAMAGES;** |
| KINNEY and DOES 1 through 10, | **DEMAND FOR JURY TRIAL** |
| | |
| Defendants. | |

COMES NOW DEFENDANTS **CITY OF LOS ANGELES, CHIEF CHARLIE BECK AND SERGEANT EDWARD KINNEY** answering Plaintiffs' First Amended Complaint for Damages in the above-entitled action, and hereby admit, deny, and allege as follows:

///

///

///

1

1. Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2. Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

3. Answering paragraph 3, defendants deny the allegations contained therein.

4. Answering paragraph 4, defendants deny the allegations contained therein.

5. Answering paragraph 5, defendants deny the allegations contained therein.

6. Answering paragraph 6, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering paragraph 7, defendants deny the allegations contained therein.

8. Answering paragraph 8, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

9. Answering paragraph 9, defendants deny the allegations contained therein.

10. Answering paragraph 10, defendants deny the allegations contained therein.

11. Answering paragraph 11, defendants deny the allegations contained therein.

12. Answering paragraph 12, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16.     Answering paragraph 16, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17.     Answering paragraph 17, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18.     Answering paragraph 18, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19.     Answering paragraph 19, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.     Answering paragraph 20, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21.     Answering paragraph 21, defendants deny the allegations contained therein.

22.     Answering paragraph 22, defendants deny the allegations contained therein.

23.     Answering paragraph 23, defendants deny the allegations contained therein.

24.     Answering paragraph 24, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

25.     Answering paragraph 25, defendants deny the allegations contained therein.

26.     Answering paragraph 26, defendants deny the allegations contained therein.

27.     Answering paragraph 27, defendants deny the allegations contained therein.

28.     Answering paragraph 28, defendants deny the allegations contained therein.

29.     Answering paragraph 29, defendants deny the allegations contained therein.

30.     Answering paragraph 30, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

1   31.   Answering paragraph 31, which incorporates by reference the allegations of
2   other paragraphs of the pleading, defendants to the same extent incorporate by
3   reference the answers provided herein to those paragraphs.

4   32.   Answering paragraph 32, defendants deny the allegations contained therein.
5   33.   Answering paragraph 33, defendants deny the allegations contained therein.
6   34.   Answering paragraph 34, defendants deny the allegations contained therein.
7   35.   Answering paragraph 35, which incorporates by reference the allegations of
8   other paragraphs of the pleading, defendants to the same extent incorporate by
9   reference the answers provided herein to those paragraphs.

10  36.   Answering paragraph 36, defendants deny the allegations contained therein.
11  37.   Answering paragraph 37, defendants deny the allegations contained therein.
12  38.   Answering paragraph 38, defendants deny the allegations contained therein.
13  39.   Answering paragraph 39, defendants deny the allegations contained therein.
14  40.   Answering paragraph 40, which incorporates by reference the allegations of
15  other paragraphs of the pleading, defendants to the same extent incorporate by
16  reference the answers provided herein to those paragraphs.

17  41.   Answering paragraph 41, defendants deny the allegations contained therein.
18  42.   Answering paragraph 42, defendants lack sufficient information and belief
19  upon which to answer the allegations contained therein, and on that basis deny the
20  allegations.

21  43.   Answering paragraph 43, defendants deny the allegations contained therein.
22  44.   Answering paragraph 44, defendants lack sufficient information and belief
23  upon which to answer the allegations contained therein, and on that basis deny the
24  allegations.

25  45.   Answering paragraph 45, defendants lack sufficient information and belief
26  upon which to answer the allegations contained therein, and on that basis deny the
27  allegations.

28  ///

46.    Answering paragraph 46, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47.    Answering paragraph 47, defendants deny the allegations contained therein.

48.    Answering paragraph 48, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

49.    Answering paragraph 49, defendants deny the allegations contained therein.

50.    Answering paragraph 50, defendants deny the allegations contained therein.

51.    Answering paragraph 51, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

52.    Answering paragraph 52, defendants deny the allegations contained therein.

53.    Answering paragraph 53, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54.    Answering paragraph 54, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55.    Answering paragraph 55, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

56.    Answering paragraph 56, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57.    Answering paragraph 57, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

58. Answering paragraph 58, defendants deny the allegations contained therein.

59. Answering paragraph 59, defendants deny the allegations contained therein.

60. Answering paragraph 60, defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

1. As to the federal claims and theories of recovery, these answering defendants are protected from liability under the doctrine of qualified immunity, because defendants conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

2. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 818.2, 820.2, 820.4, 821.6, 835.4, 845.2

Penal Code §§ 836.5, 847

///

///

///

///

///

///

///

///

///

///

6

1    WHEREFORE, Defendants pray for judgment as follows:

2        1.    That Plaintiff take nothing by this action;

3        2.    That the action be dismissed;

4        3.    That Defendants be awarded costs of suit;

5        4.    That Defendants be awarded other and further relief as the

6    Court may deem just and proper, including an award of attorney's fees pursuant to

7    42 U.S.C. § 1988.

8    Dated: August 25, 2017

9                        Respectfully submitted,

10                       **MICHAEL N. FEUER**, City Attorney
                         **THOMAS H. PETERS**, Chief Assistant City Attorney
11                       **CORY M. BRENTE**, Supervising Assist. City Attorney

12                       By:___/S/*Elizabeth T. Fitzgerald*_____.
                             **ELIZABETH T. FITZGERALD**.
13                           Deputy City Attorney

14                       *Attorneys for Defendants* **CITY OF LOS ANGELES,**
                         **CHIEF CHARLIE BECK AND SERGEANT**
15                       **EDWARD KINNEY**

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

## DEMAND FOR JURY TRIAL

2      Defendants hereby demand and request a trial by jury in this matter.

3

4      Dated: August 25, 2017

5

6                          Respectfully submitted,

7                          **MICHAEL N. FEUER**, City Attorney
                           **THOMAS H. PETERS**, Chief Assistant City Attorney
8                          **CORY M. BRENTE**, Supervising Assist. City Attorney

9                          By:    /S/*Elizabeth T. Fitzgerald*                .
                                  **ELIZABETH T. FITZGERALD**.
10                                Deputy City Attorney

11                         *Attorneys for Defendants* **CITY OF LOS ANGELES,**
                           **CHIEF CHARLIE BECK AND SERGEANT**
12                         **EDWARD KINNEY**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  8