**CAROL A. SOBEL  (SBN 84483)**
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
T. 310 393 3055 E. carolsobel@aol.com

**PAUL L. HOFFMAN SBN 71244**
**CATHERINE SWEETSER SBN 271142**
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP**
11543 W. Olympic Blvd.
Los Angeles, CA 90064
(t) 310 396-0731
(e) hoffpaul@aol.com
(e) catherine.sdshh@gmail.com

**MICHAEL N. FEUER**, City Attorney (SBN 111529)
**THOMAS H. PETERS**, Chief Asst. City Attorney (SBN 163388)
**CORY M. BRENTE**, Sup. Ass.t City Attorney (SBN 115453)
**ELIZABETH T. FITZGERALD**, Dep.City Attorney (SBN 158917)
200 N. Main Street; 6th Floor, City Hall East
Los Angeles, CA 90012
E: Elizabeth.fitzgerald@lacity.org
T: (213) 978-7560, F: (213) 978-8785

*Attorneys for Defendants*

FILED
CLERK, U.S. DISTRICT COURT
Nov. 1, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>Defendants. | CASE NO.: CV17-03306 SJ0-MRWx<br>*Honorable S. James Otero*<br><br>**ORDER RE: STIPULATED REQUEST TO EXPAND THE TIME TO FILE THE RULE 26 REPORT**<br><br>Date:  November  13, 2017<br>Time:  8:30 a.m.<br>Ctrm:  10C |

1

1. The parties to the above-captioned action, through their respective counsel of record, filed a Stipulated Request to Expand the Time to File the Rule 26 Report, presently set for October 30, 2017. The new requested date is November 6, 2017. The Scheduling Conference is set for November 13, 2017 at 8:30 a.m.

The basis for the continuance is that the parties need additional time to meet and confer and prepare the Rule 26 report. Counsel represents to the Court that all counsel have had significant scheduling demands that have precluded conducting the meet and confer. They further represent that, with a brief continuance, the parties will be able to conduct the required consultation and have adequate time to prepare the required report to the Court a week in advance of the scheduled appearance date.

The Court finds that there is good cause to grant the requested relief. Accordingly the time to file the Rule 26 Report is extended to and through November 6, 2017.

*S. James Otero*

Dated: 11/1/17  _____

**UNITED STATES DISTRICT JUDGE**

LODGED BY:

**LAW OFFICE OF CAROL A. SOBEL**

By:       /S/ CAROL A. SOBEL
     *Attorneys for Plaintiff*