Name, Address and Telephone Number of Attorney(s):

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s) | |
| v. | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ has contacted (Print Name) the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3)hours.  All parties and the Panel Mediator have agreed that the mediation will be held on _____ and counsel will submit mediation statements seven (7) calendar days (Date) before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _____          _____
                                 Attorney For Plaintiff  _____

Dated: _____          _____
                                 Attorney For Plaintiff  _____

Dated: _____          _____
                                 Attorney For Defendant  _____

Dated: _____          _____
                                 Attorney For Defendant  _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)                STIPULATION REGARDING SELECTION OF PANEL MEDIATOR