**CAROL A. SOBEL**, SBN 84483
**MONIQUE A. ALARCON,** SBN 311650
**LAW OFFICE OF CAROL SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

**PAUL HOFFMAN**, SBN 71244
**CATHERINE SWEETSER**, SBN 271142
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) hoffpaul@aol.com
(e) csweetser@sshhlaw.com

*Attorneys for Plaintiff,*
*DARREN "PETE" WHITE.*

[Counsel for Defendants on next page]

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN "PETE" WHITE,<br><br>        Plaintiff,<br>    v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>        Defendants. | Case No.: 2:17-cv-3306-SJO-MRW<br><br>**JOINT EXHIBIT LIST**<br><br>Date: August 21, 2018<br>Time: 9:00 a.m.<br>Dept.: 10C (Hon. S. James Otero)<br><br>*Complaint filed: May 3, 2017* |

MICHAEL N. FEUER, City Attorney (SBN 111529x)
THOMAS H. PETER, Chief Assistant City Attorney (SBN 163388)
CORY M. BRENTE, Supervising Assistant City Attorney (SBN 115453)
ELIZABETH T. FITZGERALD, Deputy City Attorney (SBN 158917)
200 N. Main Street; 6th Floor, City Hall East
Los Angeles, CA 90012
Email: Elizabeth.fitzgerald@lacity.org
Phone No.: (213) 978-7560, Fax No.: (213) 978-8785

*Attorneys for Defendants,*
*CITY OF LOS ANGELES, CHARLIE BECK,*
*AND SERGEANT EDWARD KINNEY.*

## *PLAINTIFF'S EXHIBITS*

| Ex. No. | Description | Stip. To Admiss. | Stip. To Authenticity | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Arrest Report by Kinney (CITY 0001-0006) | No | Yes | | |
| 2. | Tort Claim (CITY 0009-0010) | No | Yes | | |
| 3. | Watch Commander report (CITY 0023-0026) | Yes | Yes | | |
| 4. | Adult Detention Log (CITY 0028) | Yes | Yes | | |
| 5. | Video of incident taken by Steve Diaz (MVI 1776) | No | No | | |
| 6. | Second video of incident taken by Steve Diaz (MVI 1777) | No | No | | |
| 7. | Video taken by Pete White (MOV 25) | No | No | | |
| 8. | Second video taken by Pete White (MOV 26) | No | No | | |
| 9. | Ticket and notice to appear (E2999) | Yes | Yes | | |

| Ex. No. | Description | Stip. To Admiss. | Stip. To Authenticity | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 10. | Investigative report (CITY 0022) | No | Yes | | |
| 11. | Photographs of interaction used in complaint | Yes | Yes | | |
| 12. | Photographs used as exhibits in the depositions of Edward Kinney and Howard Leslie | Yes | Yes | | |
| 13. | Google map of location where incident took place | Yes | Yes | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |

| Ex. No. | Description | Stip. To Admiss. | Stip. To Authenticity | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |

### *DEFENDANTS' EXHIBITS*

| Ex. No. | Description | Stip. to Admiss. | Stip to Authenticity | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 51. | Photographs of incident contained in Plaintiff's Complaint | Yes | Yes | | |
| 52. | Photographs used as exhibits in the depositions of Edward Kinney and Howard Leslie | Yes | Yes | | |
| 53. | Google Maps of the intersection and location where the incident took place (demonstrative) | Yes | Yes | | |
| 54. | | | | | |
| 55. | | | | | |
| 56. | | | | | |
| 57. | | | | | |
| 58. | | | | | |
| 59. | | | | | |
| 60. | | | | | |
| 61. | | | | | |
| 62. | | | | | |
| 63. | | | | | |
| 64. | | | | | |
| 65. | | | | | |
| 66. | | | | | |
| 67. | | | | | |
| 68. | | | | | |
| 69. | | | | | |
| 70. | | | | | |
| 71. | | | | | |
| 72. | | | | | |
| 73. | | | | | |
| 74. | | | | | |
| 75. | | | | | |

| Ex. No. | Description | Stip. to Admiss. | Stip to Authenticity | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 76. | | | | | |
| 77. | | | | | |
| 78. | | | | | |
| 79. | | | | | |
| 80. | | | | | |
| 81. | | | | | |
| 82. | | | | | |
| 83. | | | | | |
| 84. | | | | | |
| 85. | | | | | |
| 86. | | | | | |
| 87. | | | | | |
| 88. | | | | | |
| 89. | | | | | |
| 90. | | | | | |
| 91. | | | | | |
| 92. | | | | | |
| 93. | | | | | |
| 94. | | | | | |
| 95. | | | | | |
| 96. | | | | | |
| 97. | | | | | |
| 98. | | | | | |
| 99. | | | | | |
| 100. | | | | | |

Dated: July 23, 2018

Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

By:   /s/ Catherine E. Sweetser
        CATHERINE E. SWEETSER
        Attorney for Plaintiff

5
JOINT EXHIBIT LIST

Dated: July 23, 2018

                             Respectfully submitted,

                         MIKE FEUER, City Attorney
                         THOMAS H. PETERS, Chief Asst. City Atty.
                         CORY M. BRENTE, Supv. Asst. City Atty.


By:   /s/ Elizabeth T Fitzgerald
       ELIZABETH T. FITZGERALD,
       Deputy City Attorney
       *Attorney for Defendants*