**CAROL A. SOBEL**, SBN 84483
**MONIQUE A. ALARCON,** SBN 311650
**LAW OFFICE OF CAROL SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

**PAUL HOFFMAN**, SBN 71244
**CATHERINE SWEETSER**, SBN 271142
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) hoffpaul@aol.com
(e) csweetser@sshhlaw.com

*Attorneys for Plaintiff,*
*DARREN "PETE" WHITE.*

[Counsel for Defendants on next page]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-3306-SJO-MRW<br><br>**JOINT WITNESS LIST**<br><br>Date: August 21, 2018<br>Time: 9:00 a.m.<br>Dept.: 10C (Hon. S. James Otero)<br><br>*Complaint filed: May 3, 2017* |

MICHAEL N. FEUER, City Attorney (SBN 111529x)
THOMAS H. PETER, Chief Assistant City Attorney (SBN 163388)
CORY M. BRENTE, Supervising Assistant City Attorney (SBN 115453)
ELIZABETH T. FITZGERALD, Deputy City Attorney (SBN 158917)
200 N. Main Street; 6th Floor, City Hall East
Los Angeles, CA 90012
Email: Elizabeth.fitzgerald@lacity.org
Phone No.: (213) 978-7560, Fax No.: (213) 978-8785

*Attorneys for Defendants,*
*CITY OF LOS ANGELES, CHARLIE BECK,*
*AND SERGEANT EDWARD KINNEY.*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereby submit their list of trial witnesses in compliance with Local Rule 16-5. The parties reserve the right to supplement and/or amend this list. Witnesses marked with an asterisk * may testify.

## PLAINTIFF'S WITNESSES

| Witnesses | Brief Statement of Expected Testimony | Estimate of Time for Direct | Estimate of Time for Cross-Exam | Re-Direct | Re-Cross |
|---|---|---|---|---|---|
| Darren ("Pete") White | Mr. White will testify as to his position in the Los Angeles Community Action Network, why he was present that day, to the events as they unfolded, and as to damages. | 1.75 hours | 1.5 hours | .5 hours | 10 minutes |
| Steve Diaz | Mr. Diaz will testify as to why he was present that day and his observations on the day in question. He will also testify as to his role at the Los Angeles Community Action Network and experience training the police | 45 minutes | 30 minutes (Defendants object to plaintiff's proposed testimony of Diaz – he does not "train" the police) | 20 minutes | 10 minutes |

//
//

1
JOINT WITNESS LIST

| Witnesses | Brief Statement of Expected Testimony | Estimate of Time for Direct | Estimate of Time for Cross-Exam | Re-Direct | Re-Cross |
|---|---|---|---|---|---|
| Sergeant Edward Kinney | Sergeant Kinney will testify as to the events and his observations on the day in question, and as to the interactions between the police and residents of Skid Row generally | 1.75 hours | 1.5 Defendants object to testimony about *"**interactions**" **between the police and residents in Skid Row "generally**" – this case is about the arrest of Pete White and nothing more. This is not a case about plaintiff's opinions about police who work in Skid Row. | .5 hours | 10 minutes |

//

//

2
JOINT WITNESS LIST

| Witnesses | Brief Statement of Expected Testimony | Estimate of Time for Direct | Estimate of Time for Cross-Exam | Re-Direct | Re-Cross |
|---|---|---|---|---|---|
| Commander Leslie | Commander Leslie will testify as to the training of the officers, the role Mr. White plays on Skid Row, and his observations and discussions regarding the incident, including what occurred at Central Station | 45 minutes | 30 minutes | 15 minutes | 5 minutes |

### DEFENDANTS' WITNESSES

| Witnesses | Brief Statement of Expected Testimony | Estimate of Time for Direct | Estimate of Time for Cross-Exam | Re-Direct | Re-Cross |
|---|---|---|---|---|---|
| Sergeant Richard Hurtado | His approval of the booking of Pete White | 15 minutes | 15 minutes | 10 minutes | |
| Francisco Martinez | His arrest of Pete White and Pete White's interference with a Skid Row cleaning operation | 30 minutes | 1 hour | 10 minutes | |
| Kenneth Curtis | His arrest of Pete White and Pete White's interference with a Skid | 30 minutes | 45 minutes | 10 minutes | |
| Darren Pete White | His actions on the day of his arrest | See above | See above | See above | |
| Edward Kinney | His arrest of Pete White and Pete White's interference with a Skid Row cleaning operation | See above | See above | See above | |

3
JOINT WITNESS LIST

Dated: July 23, 2018

                Respectfully submitted,

                LAW OFFICE OF CAROL A. SOBEL
                SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

                By:   /s/Catherine E. Sweetser
                      CATHERINE E. SWEETSER
                      Attorney for Plaintiff

Dated:  July 23, 2018

                Respectfully submitted,

                MIKE FEUER, City Attorney
                THOMAS H. PETERS, Chief Asst. City Atty.
                CORY M. BRENTE, Supv. Asst. City Atty.

                By:   /s/ Elizabeth T. Fitzgerald
                      ELIZABETH T. FITZGERALD,
                      Deputy City Attorney
                      *Attorney for Defendants*