**CAROL A. SOBEL**, SBN 84483
**MONIQUE A. ALARCON,** SBN 311650
**LAW OFFICE OF CAROL SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

**PAUL HOFFMAN**, SBN 71244
**CATHERINE SWEETSER**, SBN 271142
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com

*Attorneys for Plaintiff,*
*DARREN "PETE" WHITE.*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE, <br><br> Plaintiff, <br> v. <br> CITY OF LOS ANGELES, ET AL., <br><br> Defendants. | Case No.: 2:17-cv-3306-SJO-MRW <br><br> **JOINT[1] EXHIBIT STIPULATION** <br><br> Date: August 21, 2018 <br> Time: 9:00 a.m. <br> Dept.: 10C (Hon. S. James Otero) <br><br> *Complaint filed: May 3, 2017* |

---

[1] Plaintiffs and defendants met and conferred about this stipulation and Plaintiff believes that it contains all Defendants' objections.  Defendants' counsel was unable to review the finalized version and authorize her signature for filing due to being ill on August 6, 2018, but did authorize Plaintiff to file this version without her signature.  Defendants will advise the court if an amended version is necessary.

---

JOINT EXHIBIT STIPULATION

### PLAINTIFF'S EXHIBITS

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 1. | Arrest Report by Kinney (CITY 0001-0006) | Hearsay | This is a party admission and a prior inconsistent statement as it is authored by Defendant. |
| 2. | Tort Claim (CITY 0009-0010) | Hearsay | Plaintiff introduces this exhibit for the purpose of demonstrating that the tort claim was timely filed. |
| 3. | Watch Commander report (CITY 0023-0026) | Hearsay | As this is a document authored by Defendants' witness Sergeant Hurtado it can be introduced through his testimony. |
| 4. | Adult Detention Log (CITY 0028) | | |
| 5. | Video of incident taken by Steve Diaz (MVI 1776) | Defendants object to this video being used at trial because it was requested by defendants during | Plaintiff provided this video to Defendants on July 23, 2018. Plaintiff did not "change his mind about |

1

JOINT EXHIBIT STIPULATION

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| | | discovery, plaintiff agreed in writing to provide the video, and then plaintiff changed his mind and refused to produce the video during discovery. At the time Defendants took the deposition of Plaintiff, the videos had not been produced to Defendants. Authentication and Foundation. | the video" but repeatedly offered to exchange the video with Defendants in exchange for their video. When the exhibit lists were exchanged and it became clear that Defendants do not intend to use the dashcam video as an exhibit at trial, Plaintiffs provided their trial exhibits to Defendants. |
| 6. | Second video of incident taken by Steve Diaz (MVI 1777) | Same objection as #5 | Same response as #5. |
| 7. | Video taken by Pete White (MOV 25) | Same objection as #5 | Same response as #5. |
| 8. | Second video taken by Pete White (MOV 26) | Same objection as #5 | Same response as #5. |
| 9. | Ticket and notice to appear (E2999) | Hearsay | Plaintiff can authenticate this record as |

2
JOINT EXHIBIT STIPULATION

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| | | | he was given the citation on the date in question; It is a business record; It is introduced to demonstrate the fact that a citation was issued at 8:50 AM. |
| 10. | Investigative report (CITY 0022) | Hearsay | Plaintiff intends to use this for impeachment and to refresh recollection at trial. |
| 11. | Photographs of interaction used in complaint | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at trial. |
| 11A. | Plaintiff Videotaping a Police Interaction with a Homeless Person Located Between Wall Street and San Julian Street | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at trial. |
| 11B. | Plaintiff Videotaping the Police Near Others | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at |

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| | | | trial. |
| 11C. | Plaintiff Behind Yellow Tape and Videotaping Sergeant Kinney | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at trial. |
| 11D. | Plaintiff After His Arrest | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at trial. |
| 12. | Photographs used as exhibits in the depositions of Edward Kinney and Howard Leslie | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at trial. |
| 12A. | Photo of Plaintiff Handcuffed Behind Yellow Tape (Close-up) | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at trial. |
| 12B. | Photo of Plaintiff Behind Yellow Tape Surrounded by Officers | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at trial. |
| 12C. | Photo of Plaintiff being Handcuffed | Authentication and Foundation. | Plaintiff will lay foundation and authenticate the photo at |

4
JOINT EXHIBIT STIPULATION

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| | | | trial. |
| 13. | Google map of location where incident took place | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

### *DEFENDANTS' EXHIBITS*

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 51. | Photographs of incident contained in Plaintiff's Complaint | | |
| 52. | Photographs used as exhibits in the depositions of Edward Kinney and Howard Leslie | | |
| 53. | Google Maps of the intersection and location where the incident took place (demonstrative) | | |
| 54. | | | |
| 55. | | | |
| 56. | | | |
| 57. | | | |
| 58. | | | |
| 59. | | | |
| 60. | | | |
| 61. | | | |
| 62. | | | |
| 63. | | | |
| 64. | | | |
| 65. | | | |
| 66. | | | |
| 67. | | | |
| 68. | | | |

| Ex. No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 69. | | | |
| 70. | | | |
| 71. | | | |
| 72. | | | |
| 73. | | | |
| 74. | | | |
| 75. | | | |
| 76. | | | |
| 77. | | | |
| 78. | | | |
| 79. | | | |
| 80. | | | |
| 81. | | | |
| 82. | | | |
| 83. | | | |
| 84. | | | |
| 85. | | | |
| 86. | | | |
| 87. | | | |
| 88. | | | |
| 89. | | | |
| 90. | | | |
| 91. | | | |
| 92. | | | |
| 93. | | | |
| 94. | | | |
| 95. | | | |
| 96. | | | |
| 97. | | | |
| 98. | | | |
| 99. | | | |
| 100. | | | |

Dated: August 6, 2018

Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

By: /s/ Catherine E. Sweetser
Carol A. Sobel
Catherine E. Sweetser
Monique Alarcon
*Attorneys for Plaintiff,*
*DARREN "PETE" WHITE.*