**CAROL A. SOBEL**, SBN 84483
**MONIQUE A. ALARCON,** SBN 311650
**LAW OFFICE OF CAROL SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

**PAUL HOFFMAN**, SBN 71244
**CATHERINE SWEETSER**, SBN 271142
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) hoffpaul@aol.com
(e) csweetser@sshhlaw.com

*Attorneys for Plaintiff,*
*DARREN "PETE" WHITE.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-3306-SJO-MRW<br><br>**[PLAINTIFF'S PROPOSED] STATEMENT OF THE CASE**[1]<br><br>Date: August 21, 2018<br>Time: 9:00 a.m.<br>Dept.: 10C (Hon. S. James Otero)<br><br>*Complaint filed: May 3, 2017* |

---

[1] Plaintiff has incorporated language proposed by Defendants into this proposed statement. However, due to Defense counsel's illness, Plaintiff was unable to meet and confer with them about the statement or obtain final approval for the statement.

# **STATEMENT OF THE CASE**

On June 14, 2016, Plaintiff Darren White was arrested by Defendant Edward Kinney while observing and videotaping an arrest of a resident of the Skid Row neighborhood of Los Angeles.

The plaintiff, Darren White, claims he was subjected to violations of his Constitutional rights by Defendant Edward Kinney when he arrested him without probable cause in order to chill his First Amendment rights and in retaliation for his exercise of his First Amendment rights. Plaintiff further claims that he was subjected to violations of his Constitutional rights when Defendant Edward Kinney took him into custody and then held him longer than necessary to cite or book him. Plaintiff contends that he was treated differently than others present that day based on the exercise of his First Amendment rights.

There are two defendants, Defendant Edward Kinney and the City of Los Angeles. The defendants deny these claims. Defendants contend that Darren White was lawfully arrested and they contend that Darren White repeatedly ignored police instructions.

Dated: August 6, 2018

          Respectfully submitted,

          LAW OFFICE OF CAROL A. SOBEL
          SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

          By:   /s/  Catherine E. Sweetser
                Carol A. Sobel
                Catherine E. Sweetser
                Monique Alarcon
                *Attorneys for Plaintiff,*
                *DARREN "PETE" WHITE.*