**CAROL A. SOBEL**, SBN 84483
**MONIQUE A. ALARCON,** SBN 311650
**LAW OFFICE OF CAROL SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

**PAUL HOFFMAN**, SBN 71244
**CATHERINE SWEETSER**, SBN 271142
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) hoffpaul@aol.com
(e) csweetser@sshhlaw.com

*Attorneys for Plaintiff,*
*DARREN "PETE" WHITE.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>           Defendants. | Case No.: 2:17-cv-3306-SJO-MRW<br><br>**JOINT PROPOSED JURY INSTRUCTIONS**<br><br>Date: August 21, 2018<br>Time: 9:00 a.m.<br>Dept.: 10C (Hon. S. James Otero)<br><br>*Complaint filed: May 3, 2017* |

**TO THE COURT AND ALL INTERESTED PARTIES:**

      Plaintiffs respectfully submit the following joint proposed instructions. Plaintiff and Defendants met and conferred about these instructions on August 3, 2018.  Defendants verbally agreed to all the instructions herein, with the possible exception of Instruction 1.5.  Defendants sent modifications to Instruction 1.5 which Plaintiffs have incorporated along with a modification of their own.  Defendants were not available to review and finalize the instructions on August 6, 2018, due to their counsel being ill.  For that reason, Plaintiff files this version of the Joint Instructions without Defendants' signature.  Defendants will advise the court if amendments are necessary.

Dated: August 6, 2018

                    Respectfully submitted,

                    LAW OFFICE OF CAROL A. SOBEL
                    SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

                    By:      /s/ Catherine E. Sweetser
                              Carol A. Sobel
                              Catherine E. Sweetser
                              Monique Alarcon
                              *Attorneys for Plaintiff,*
                              *DARREN "PETE" WHITE.*

**TABLE OF CONTENTS**

| NO. | TITLE | SOURCE | PAGE |
|-----|-------|--------|------|
| 1 | Duty of Jury | Ninth Circuit Model Instruction 1.2 | 1 |
| 2 | Duty of a Jury | Ninth Circuit Model Instruction 1.3 | 2 |
| 3 | Claims and Defenses | Ninth Circuit Model Instruction 1.5 | 3 |
| 4 | Burden of Proof-Preponderance of the Evidence | Ninth Circuit Model 1.6 | 4 |
| 5 | What is Evidence | Ninth Circuit Model 1.9 | 5 |
| 6 | What is Not Evidence | Ninth Circuit Model 1.10 | 6 |
| 7 | Evidence for Limited Purpose | Ninth Circuit Model 1.11 | 7 |
| 8 | Direct and Circumstantial Evidence | Ninth Circuit Model 1.12 | 8 |
| 9 | Ruling on Objections | Ninth Circuit Model 1.13 | 9 |
| 10 | Credibility of Witnesses | Ninth Circuit Model 1.14 | 10 |
| 11 | Conduct of the Jury | Ninth Circuit Model 1.15 | 12 |
| 12 | Publicity During Trial | Ninth Circuit Model 1.16 | 14 |
| 13 | No Transcript Available to Jury | Ninth Circuit Model 1.17 | 15 |
| 14 | Taking Notes | Ninth Circuit Model 1.18 | 16 |
| 15 | Bench Conferences and Recesses | Ninth Circuit Model 1.20 | 17 |
| 16 | Outline for Trial | Ninth Circuit Model 1.21 | 18 |
| 17 | Stipulations of fact | Ninth Circuit Model 2.2 | 19 |
| 18 | Charts and Summaries Not Received in Evidence | Ninth Circuit Model 2.14 | 20 |
| 19 | Evidence in Electronic Format | Ninth Circuit Model 2.14 | 21 |

| NO. | TITLE | SOURCE | PAGE |
|---|---|---|---|
| 20 | Duty to Deliberate | Ninth Circuit Model 3.1 | 23 |
| 21 | Consideration of Evidence – Conduct of the Jury | Ninth Circuit Model 3.2 | 24 |
| 22 | Communication with Court | Ninth Circuit Model 3.3 | 26 |
| 23 | Return of Verdict | Ninth Circuit Model 3.5 | 27 |
| 24 | Damages – Proof | Ninth Circuit Model 5.1 | 28 |
| 25 | Punitive Damages (Liability) | Ninth Circuit Model 5.5 | 29 |
| 26 | Section 1983 Claim-Introductory Instruction | Ninth Circuit Model 9.1 | 30 |
| 27 | Section 1983 Claim Against Defendant in Individual Capacity-Elements and Burden of Proof | Ninth Circuit Model 9.3 | 31 |

JOINT PROPOSED JURY INSTRUCTIONS

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 1.2
## DUTY OF JURY

Members of the Jury: You are now the jury in this case.  It is my duty to instruct you on the law.

These instructions are preliminary instructions to help you understand the principles that apply to civil trials and to help you understand the evidence as you listen to it. You will be allowed to keep this set of instructions to refer to throughout the trial. These instructions are not to be taken home and must remain in the jury room when you leave in the evenings. At the end of the trial, these instructions will be collected and I will give you a final set of instructions. It is the final set of instructions that will govern your deliberations.

It is your duty to find the facts from all the evidence in the case.  To those facts you will apply the law as I give it to you.  You must follow the law as I give it to you whether you agree with it or not.  And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy.  That means that you must decide the case solely on the evidence before you.  You will recall that you took an oath to do so.

Please do not read into these instructions or anything I may say or do that I have an opinion regarding the evidence or what your verdict should be.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

Authority: Unmodified Model Instruction 1.2

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION**
**1.3 DUTY OF JURY**

Members of the Jury:  Now that you have heard all of the evidence it is my duty to instruct you as to the law of the case.

It is your duty to find the facts from all the evidence in the case.  To those facts you will apply the law as I give it to you.  You must follow the law as I give it to you whether you agree with it or not.  And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy.  That means that you must decide the case solely on the evidence before you.  You will recall that you took an oath to do so.

Please do not read into these instructions, or anything I may say or do, that I have an opinion regarding the evidence or what your verdict should be.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

Authority: Unmodified Model Instruction 1.3

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 1.5
## CLAIMS AND DEFENSES

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The plaintiff, DARREN WHITE, claims he was subjected to violations of his Constitutional rights by Defendant EDWARD KINNEY when he arrested him without probable cause in order to chill his First Amendment rights and in retaliation for his exercise of his First Amendment rights, and when he held him longer than necessary to cite or book him. Plaintiff contends that he was treated differently than others present that day based on the exercise of his First Amendment rights. The plaintiff has the burden of proving these claims.

These rights will be defined in later instructions.

The defendants deny these claims. Defendants contend that Pete White was lawfully arrested and they contend that Pete White repeatedly ignored Police instructions. Defendants also contend that Pete White's arrest had nothing to do with the First Amendment.

Authority: Modified Model Instruction 1.5 to create a short statement of claims.

1  COURT'S INSTRUCTION NUMBER _____

2

3  **NINTH CIRCUIT MODEL INSTRUCTION 1.6**

4  **BURDEN OF PROOF—PREPONDERANCE OF THE EVIDENCE**

5

6  When a party has the burden of proof on any claim or affirmative defense by

7  a preponderance of the evidence, it means you must be persuaded by the evidence

8  that the claim or affirmative defense is more probably true than not true.

9  You should base your decision on all of the evidence, regardless of which

10  party presented it.

11

12

13  <u>Authority</u>: Unmodified Model Instruction 1.6

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION 1.9**

**WHAT IS EVIDENCE**

The evidence you are to consider in deciding what the facts are consists of:

    1.    the sworn testimony of any witness;

    2.    the exhibits which are received into evidence;

    3.    any facts to which the lawyers have agreed; and

    4.    any facts that I may instruct you to accept as proved.

Authority: Unmodified Model Instruction 1.9

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 1.10
## WHAT IS NOT EVIDENCE

In reaching your verdict, you may consider only the testimony and exhibits received into evidence. Certain things are not evidence, and you may not consider them in deciding what the facts are. I will list them for you:

(1) Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they may say in their opening statements and in their closing arguments, and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

(2) Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the objection or by the court's ruling on it.

(3) Testimony that has been excluded or stricken, or that you are instructed to disregard, is not evidence and must not be considered. In addition sometimes testimony and exhibits are received only for a limited purpose; when I instruct you to consider certain evidence only for a limited purpose, you must do so and you may not consider that evidence for any other purpose.

(4) Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

Authority: Unmodified Model Instruction 1.10

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 1.11
## EVIDENCE FOR LIMITED PURPOSE

Some evidence may be admitted for a limited purpose only.

When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and not for any other purpose.

<u>Authority</u>: Unmodified Model Instruction 1.11

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION 1.12**

**DIRECT AND CIRCUMSTANTIAL EVIDENCE**

Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.  Circumstantial evidence is proof of one or more facts from which you could find another fact.

You should consider both kinds of evidence.  The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  It is for you to decide how much weight to give to any evidence.

Authority: Unmodified Model Instruction 1.12

JOINT PROPOSED JURY INSTRUCTIONS

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 1.13
## RULING ON OBJECTIONS

There are rules of evidence that control what can be received into evidence. When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object. If I overrule the objection, the question may be answered or the exhibit received. If I sustain the objection, the question cannot be answered, and the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer might have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider the stricken evidence for any purpose.

Authority: Unmodified Model Instruction 1.13

COURT'S INSTRUCTION NUMBER ____

## NINTH CIRCUIT MODEL INSTRUCTION 1.14
## CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe.  You may believe everything a witness says, or part of it, or none of it.  Proof of a fact does not necessarily depend on the number of witnesses who testify about it.

In considering the testimony of any witness, you may take into account:

(1) the opportunity and ability of the witness to see or hear or know the things testified to;

(2) the witness's memory;

(3) the witness's manner while testifying;

(4) the witness's interest in the outcome of the case, if any;

(5) the witness's bias or prejudice, if any;

(6) whether other evidence contradicted the witness's testimony;

(7) the reasonableness of the witness's testimony in light of all the evidence; and

(8) any other factors that bear on believability.

Sometimes a witness may say something that is not consistent with something else he or she said. Sometimes different witnesses will give different versions of what happened.  People often forget things or make mistakes in what they remember.  Also, two people may see the same event but remember it differently.  You may consider these differences, but do not decide that testimony is untrue just because it differs from other testimony.

//

1        However, if you decide that a witness has deliberately testified untruthfully

2   about something important, you may choose not to believe anything that witness

3   said.  On the other hand, if you think the witness testified untruthfully about some

4   things but told the truth about others, you may accept the part you think is true and

5   ignore the rest.

6        The weight of the evidence as to a fact does not necessarily depend on the

7   number of witnesses who testify about it. What is important is how believable the

8   witnesses were, and how much weight you think their testimony deserves.

9

10

11   <u>Authority</u>: Unmodified Model Instruction 1.14

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED JURY INSTRUCTIONS

COURT'S INSTRUCTION NUMBER ____

**NINTH CIRCUIT MODEL INSTRUCTION 1.15**
**CONDUCT OF THE JURY**

I will now say a few words about your conduct as jurors.

First, keep an open mind throughout the trial, and do not decide what the verdict should be until you and your fellow jurors have completed your deliberations at the end of the case.

Second, because you must decide this case based only on the evidence received in the case and on my instructions as to the law that applies, you must not be exposed to any other information about the case or to the issues it involves during the course of your jury duty.  Thus, until the end of the case or unless I tell you otherwise:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it.  This includes discussing the case in person, in writing, by phone or electronic means, via e-mail, text messaging, or any Internet chat room, blog, Web site or application, including but not limited to Facebook, YouTube, Twitter, Instagram, LinkedIn, Snapchat, or any other forms of social media.  This applies to communicating with your fellow jurors until I give you the case for deliberation, and it applies to communicating with everyone else including your family members, your employer, the media or press, and the people involved in the trial, although you may notify your family and your employer that you have been seated as a juror in the case, and how long you expect the trial to last.  But, if you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and to report the contact to the court.

Because you will receive all the evidence and legal instruction you properly may consider to return a verdict:  do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use Internet programs or other devices to search for or view any place discussed during the trial.  Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible.

These rules protect each party's right to have this case decided only on evidence that has been presented here in court.  Witnesses here in court take an oath to tell the truth, and the accuracy of their testimony is tested through the trial process.  If you do any research or investigation outside the courtroom, or gain any information through improper communications, then your verdict may be influenced by inaccurate, incomplete or misleading information that has not been tested by the trial process.  Each of the parties is entitled to a fair trial by an impartial jury, and if you decide the case based on information not presented in court, you will have denied the parties a fair trial.  Remember, you have taken an oath to follow the rules, and it is very important that you follow these rules.

A juror who violates these restrictions jeopardizes the fairness of these proceedings, and a mistrial could result that would require the entire trial process to start over.  If any juror is exposed to any outside information, please notify the court immediately.


<u>Authority</u>: Unmodified Model Instruction 1.15

COURT'S INSTRUCTION NUMBER ____

**NINTH CIRCUIT MODEL INSTRUCTION 1.16**

**PUBLICITY DURING TRIAL**

If there is any news media account or commentary about the case or anything to do with it, you must ignore it. You must not read, watch or listen to any news media account or commentary about the case or anything to do with it. The case must be decided by you solely and exclusively on the evidence that will be received in the case and on my instructions as to the law that applies. If any juror is exposed to any outside information, please notify me immediately.

Authority: Unmodified Model Instruction 1.16

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION 1.17**
**NO TRANSCRIPT AVAILABLE TO JURY**

I urge you to pay close attention to the testimony as it is given. During deliberations, you will not have a transcript of the trial testimony.

Authority: Unmodified Model Instruction 1.17

1   COURT'S INSTRUCTION NUMBER _____

2

3                    **NINTH CIRCUIT MODEL INSTRUCTION 1.18**

4                                    **TAKING NOTES**

5

6          If you wish, you may take notes to help you remember the evidence.  If you

7   do take notes, please keep them to yourself until you go to the jury room to decide

8   the case.  Do not let notetaking distract you.  When you leave, your notes should be

9   left in the [courtroom] [jury room] [envelope in the jury room].

10         No one will read your notes.  Whether or not you take notes, you should rely

11  on your own memory of the evidence.  Notes are only to assist your memory.  You

12  should not be overly influenced by your notes or those of other jurors.

13

14

15  Authority: Unmodified Model Instruction 1.18

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NUMBER \_\_\_\_

**NINTH CIRCUIT MODEL INSTRUCTION 1.20**
**BENCH CONFERENCES AND RECESSES**

     From time to time during the trial, it may become necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury is present in the courtroom, or by calling a recess.  Please understand that while you are waiting, we are working.  The purpose of these conferences is not to keep relevant information from you, but to decide how certain evidence is to be treated under the rules of evidence and to avoid confusion and error.

     Of course, we will do what we can to keep the number and length of these conferences to a minimum.  I may not always grant an attorney's request for a conference.  Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

Authority: Unmodified Model Instruction 1.20

1  COURT'S INSTRUCTION NUMBER _____

2

3                    **NINTH CIRCUIT MODEL INSTRUCTION 1.21**

4                              **OUTLINE OF TRIAL**

5

6          Trials proceed in the following way:  First, each side may make an opening

7  statement.  An opening statement is not evidence.  It is simply an outline to help

8  you understand what that party expects the evidence will show.  A party is not

9  required to make an opening statement.

10         The plaintiff will then present evidence, and counsel for the defendant may

11 cross-examine.  Then the defendant may present evidence, and counsel for the

12 plaintiff may cross-examine.

13         After the evidence has been presented, I will instruct you on the law that

14 applies to the case and the attorneys will make closing arguments.

15         After that, you will go to the jury room to deliberate on your verdict.

16

17

18 <u>Authority</u>: Unmodified Model Instruction 1.21

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION 2.2**

**STIPULATIONS OF FACT**

The parties have agreed to certain facts that will be read to you.  You must therefore treat these facts as having been proved.

<u>Authority</u>: Unmodified Model Instruction 2.2

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION 2.14**
**CHARTS AND SUMMARIES NOT RECEIVED IN EVIDENCE**

Certain charts and summaries not admitted into evidence have been shown to you in order to help explain the contents of books, records, documents, or other evidence in the case.  Charts and summaries are only as good as the underlying evidence that supports them.  You should, therefore, give them only such weight as you think the underlying evidence deserves.

Authority: Unmodified Model Instruction 2.14

COURT'S INSTRUCTION NUMBER ____

## NINTH CIRCUIT MODEL INSTRUCTION 2.16
## EVIDENCE IN ELECTRONIC FORMAT

Those exhibits received in evidence that are capable of being displayed electronically will be provided to you in that form, and you will be able to view them in the jury room.  A computer, projector, printer and accessory equipment will be available to you in the jury room.

A court technician will show you how to operate the computer and other equipment; how to locate and view the exhibits on the computer; and how to print the exhibits.  You will also be provided with a paper list of all exhibits received in evidence.  You may request a paper copy of any exhibit received in evidence by sending a note through the clerk.  If you need additional equipment or supplies or if you have questions about how to operate the computer or other equipment, you may send a note to the clerk, signed by your foreperson or by one or more members of the jury.  Do not refer to or discuss any exhibit you were attempting to view.

If a technical problem or question requires hands-on maintenance or instruction, a court technician may enter the jury room with the clerk present for the sole purpose of assuring that the only matter that is discussed is the technical problem.  When the court technician or any non-juror is in the jury room, the jury shall not deliberate.  No juror may say anything to the court technician or any non-juror other than to describe the technical problem or to seek information about operation of the equipment.  Do not discuss any exhibit or any aspect of the case.

The sole purpose of providing the computer in the jury room is to enable jurors to view the exhibits received in evidence in this case.  You may not use the computer for any other purpose.  At my direction, technicians have taken steps to ensure that the computer does not permit access to the Internet or to any "outside"

1   website, database, directory, game, or other material.  Do not attempt to alter the
2   computer to obtain access to such materials.  If you discover that the computer
3   provides or allows access to such materials, you must inform the court immediately
4   and refrain from viewing such materials.  Do not remove the computer or any
5   electronic data [disk] from the jury room, and do not copy any such data.

6

7

8   Authority: Unmodified Model Instruction 2.16

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 3.1
## DUTY TO DELIBERATE

Before you begin your deliberations, you should elect one member of the jury as your presiding juror.  That person will preside over the deliberations and speak for you here in court.

You shall diligently strive to reach agreement with all of the other jurors if you can do so.  Your verdict must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all of the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not be unwilling to change your opinion if the discussion persuades you that you should.  But do not come to a decision simply because other jurors think it is right, or change an honest belief about the weight and effect of the evidence simply to reach a verdict.

Authority: Unmodified Model Instruction 3.1

COURT'S INSTRUCTION NUMBER ____

## NINTH CIRCUIT MODEL INSTRUCTION 3.2
## CONSIDERATION OF EVIDENCE—CONDUCT OF THE JURY

Because you must base your verdict only on the evidence received in the case and on these instructions, I remind you that you must not be exposed to any other information about the case or to the issues it involves.  Except for discussing the case with your fellow jurors during your deliberations:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it.  This includes discussing the case in person, in writing, by phone or electronic means, via email, via text messaging, or any Internet chat room, blog, website or application, including but not limited to Facebook, YouTube, Twitter, Instagram, LinkedIn, Snapchat, or any other forms of social media.  .  This applies to communicating with your family members, your employer, the media or press, and the people involved in the trial.  If you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and to report the contact to the court.

Do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it; do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own.

These rules protect each party's right to have this case decided only on evidence that has been presented here in court.  Witnesses here in court take an oath to tell the truth, and the accuracy of their testimony is tested through the trial process.  If you do any research or investigation outside the courtroom, or gain any information through improper communications, then your verdict may be

influenced by inaccurate, incomplete or misleading information that has not been tested by the trial process.  Each of the parties is entitled to a fair trial by an impartial jury, and if you decide the case based on information not presented in court, you will have denied the parties a fair trial.  Remember, you have taken an oath to follow the rules, and it is very important that you follow these rules.

A juror who violates these restrictions jeopardizes the fairness of these proceedings.  If any juror is exposed to any outside information, please notify the court immediately.

Authority: Unmodified Model Instruction 3.2

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 3.3
## COMMUNICATION WITH COURT

If it becomes necessary during your deliberations to communicate with me, you may send a note through the clerk, signed by your presiding juror or by one or more members of the jury.  No member of the jury should ever attempt to communicate with me except by a signed writing; I will communicate with any member of the jury on anything concerning the case only in writing, or here in open court.  If you send out a question, I will consult with the parties before answering it, which may take some time.  You may continue your deliberations while waiting for the answer to any question.  Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, until after you have reached a unanimous verdict or have been discharged.  Do not disclose any vote count in any note to the court.

Authority: Unmodified Model Instruction 3.3

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION 3.5**
**RETURN OF VERDICT**

A verdict form has been prepared for you.  After you have reached unanimous agreement on a verdict, your presiding juror will fill in the form that has been given to you, sign and date it, and advise the clerk that you are ready to return to the courtroom.

<u>Authority</u>: Unmodified Model Instruction 3.5

COURT'S INSTRUCTION NUMBER \_\_\_\_

## NINTH CIRCUIT MODEL INSTRUCTION 5.1
## DAMAGES—PROOF

It is the duty of the Court to instruct you about the measure of damages.  By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

If you find for the Plaintiff DARREN WHITE on his constitutional claims, you must determine his damages.  DARREN WHITE has the burden of proving damages by a preponderance of the evidence.  Damages means the amount of money that will reasonably and fairly compensate the plaintiff for any injury you find was caused by the defendants.  You should consider the following:

The nature and extent of injuries;

The loss of enjoyment of life experienced;

The mental, physical, or emotional pain and suffering experienced;

It is for you to determine what damages, if any, have been proved.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

Authority: Ninth Circuit Model Instructions 5.1 and 5.2 (per the comments on the instructions, the parties have merged the two instructions).

COURT'S INSTRUCTION NUMBER _____

## NINTH CIRCUIT MODEL INSTRUCTION 5.5
## PUNITIVE DAMAGES (LIABILITY)

Conduct is malicious if it is accompanied by ill will, or spite, or if it is for the purpose of injuring the plaintiff. Conduct is in reckless disregard of the plaintiff's rights if, under the circumstances, it reflects complete indifference to the plaintiff's safety or rights, or if the defendant acts in the face of a perceived risk that its actions will violate the plaintiff's rights under federal law. An act or omission is oppressive if the defendant injures or damages or otherwise violates the rights of the plaintiff with unnecessary harshness or severity, such as by misusing or abusing authority or power or by taking advantage of some weakness or disability or misfortune of the plaintiff.

Authority: Ninth Circuit Model Instruction 5.5 (modified).  This instruction has been modified to include only the language on liability, as the parties have agreed to bifurcate the punitive damages portion of the trial.

JOINT PROPOSED JURY INSTRUCTIONS

COURT'S INSTRUCTION NUMBER _____

**NINTH CIRCUIT MODEL INSTRUCTION 9.1**
**SECTION 1983 CLAIM—INTRODUCTORY INSTRUCTION**

The plaintiff brings his claims under the federal statute, 42 U.S.C. § 1983, which provides that any person or persons who, under color of state law, deprives another of any rights, privileges, or immunities secured by the Constitution or laws of the United States shall be liable to the injured party.

Authority: Unmodified Model Instruction 9.1

COURT'S INSTRUCTION NUMBER ____

## NINTH CIRCUIT MODEL INSTRUCTION 9.3
## SECTION 1983 CLAIM AGAINST DEFENDANT IN INDIVIDUAL
## CAPACITY—ELEMENTS AND BURDEN OF PROOF

In order to prevail on his § 1983 claims against the defendant EDWARD KINNEY, the plaintiff must prove each of the following elements by a preponderance of the evidence:

1.       Defendant EDWARD KINNEY acted under color of law; and

2.       the acts of Defendant EDWARD KINNEY deprived plaintiff DARREN WHITE of his constitutional rights.

A person acts "under color of state law" when the person acts or purports to act in the performance of official duties under any state, county, or municipal law, ordinance or regulation. The parties have stipulated that the defendants acted under color of law.

If you find the plaintiff DARREN WHITE has proved each of these elements, and if you find that the plaintiff has proved all the elements he is required to prove under later instructions, your verdict should be for the plaintiff DARREN WHITE.  If, on the other hand, the plaintiff has failed to prove any one or more of these elements, your verdict should be for the defendants.

Authority: Unmodified Model Instruction 9.3