**CAROL A. SOBEL**, SBN 84483
**MONIQUE A. ALARCON,** SBN 311650
**LAW OFFICE OF CAROL SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

**PAUL HOFFMAN**, SBN 71244
**CATHERINE SWEETSER**, SBN 271142
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) hoffpaul@aol.com
(e) csweetser@sshhlaw.com

*Attorneys for Plaintiff,*
*DARREN "PETE" WHITE.*

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>Defendants. | Case No.: 2:17-cv-3306-SJO-MRW<br><br>**NOTICE OF LODGING [PROPOSED] PRE-TRIAL CONFERENCE ORDER**<br><br>Date: August 21, 2018<br>Time: 9:00 a.m.<br>Dept.: 10C (Hon. S. James Otero)<br><br>*Complaint filed: May 3, 2017* |

NOTICE OF LODGING [PROPOSED] PRE-TRIAL CONFERENCE ORDER

**TO THIS HONORABLE COURT:**

    The plaintiffs hereby lodge their portions of the following [Proposed] Pretrial Conference Order.  Due to Defense Counsel's illness, Plaintiffs did not receive Defendants' portions of the order, nor did Plaintiffs have an opportunity to meet and confer with Defense Counsel about the order.

Dated: August 6, 2018

                              Respectfully submitted,

                              LAW OFFICE OF CAROL A. SOBEL
                              SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

                              By:      /s/   Catherine Sweetser
                                      Attorney for Plaintiff

NOTICE OF LODGING [PROPOSED] PRE-TRIAL CONFERENCE ORDER