UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-03306 SJO (MRWx) | Date | August 13, 2018 |
|---|---|---|---|
| Title | Darren Pete White v. City of Los Angeles et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Carol Zurborg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol A. Sobel<br>Monique Amanda Alarcon<br>Catherine Elizabeth Sweetser | Elizabeth T. Fitzgerald |

**Proceedings:**       PRETRIAL CONFERENCE

Hearing held.

The Court reviews the pretrial documents.

Court and counsel confer regarding settlement.

The Court and counsel confer in chambers re settlement.

Matter recalled.

The Court sets a settlement hearing date of Wednesday, August 22, 2018 @ 9:00 a.m.

The Court defers ruling and vacates the hearing date on all pending motions in limine.

The jury trial is continued to Wednesday, September 12, 2018 @ 9:00 a.m.

|  | : | 1/01 |
|---|---|---|
|  | Initials of Preparer | vpc |