UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-03306 SJO (MRWx) | Date | August 22, 2018 |
|---|---|---|---|
| Title | Darren Pete White v. City of Los Angeles et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Myra L. Ponce | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol A Sobel<br>Catherine Elizabeth Sweetser<br>Monique Amanda Alarcon | Elizabeth T Fitzgerald<br>Cory Brente<br>Matthew McAleer |

**Proceedings:**     **SETTLEMENT CONFERENCE**

Matter called.

Court and counsel confer in chambers.

Matter recalled.

The Court places a mediator's proposal on the record.

The matter has settled.

The Court grants the oral motion to dismiss this action. The Court will retain jurisdiction of this case to enforce the settlement agreement.

The trial date and all pending motions in limine are vacated. The Court sets an Order to Show Cause re Dismissal hearing on 10/22/18 @ 8:30 a.m. If the case resolves prior to this date no appearances are required.

|  | : | 4/23 |
|---|---|---|
| | Initials of Preparer | vpc |