MICHAEL N. FEUER, City Attorney (SBN 111529x)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
CORY M. BRENTE, Supervising Assistant City Attorney (SBN 115453)
ELIZABETH T. FITZGERALD, Deputy City Attorney (SBN 158917)
200 N. Main Street; 6th Floor, City Hall East
Los Angeles, CA 90012
Email: Elizabeth.fitzgerald@lacity.org
Phone No.: (213) 978-7560, Fax No.: (213) 978-8785

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, in his official capacity; SERGEANT KENNY and and DOES 1 through 10,<br><br>Defendants. | CASE NO.: CV17-03306 SJ0 (MRWx)<br>*Honorable S. James Otero*<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Darren Pete White and Defendants City Of Los Angeles, by and through their counsel of record hereby stipulate to the following:

///

///

///

1

Whereas, the parties seek to dismiss all claims in the above entitled action and request that the Court execute and enter an ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO ALL CAUSES OF ACTIONS AGAINST DEFENDANT SERGEANT KINNEY.

Dated: October 9, 2018

    Respectfully submitted,

    **MICHAEL N. FEUER**, City Attorney
    **THOMAS H. PETERS**, Chief Assistant City Attorney
    **CORY M. BRENTE**, Supervising Assist. City Attorney

    By: /S/
    **ELIZABETH T. FITZGERALD**
    Deputy City Attorney

    *Attorneys for Defendant* **CITY OF LOS ANGELES and CHIEF CHARLIE BECK**

Dated: October 9, 2018

    Respectfully submitted,

    LAW OFFICES OF CAROL SOBEL

    By: /S/ *Carol A. Sobel*
    **CAROL A. SOBEL**
    *Attorney for Plaintiff* **DARREN "PETE" WHITE**

Dated: October 9, 2018

    Respectfully submitted,

    SCHONBRUN SEPLOW HARRIS & HOFFMAN

    By: /S/
    **CATHERINE ELIZABETH SWEETSER**
    *Attorney for Plaintiff* **DARREN PETE WHITE**