UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, in his official capacity; SERGEANT KENNY and and DOES 1 through 10,<br><br>        Defendants. | **CASE NO.: CV17-03306 SJ0 (MRWx)**<br>*Honorable S. James Otero*<br><br>**[PROPOSED]**<br>**ORDER OF DISMISSAL** |

ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE:

Based upon the foregoing request of Plaintiffs and Defendants in the above entitled action DARREN "PETE" WHITE vs. CITY OF LOS ANGELES, et al.

///

///

///

3

1   The Court shall DISMISS DEFENDANT SERGEANT EDWARD KINNEY

2   WITH PREJUDICE, as to ALL CAUSES OF ACTIONS in the above entitled

3   action.

4

5   DATED:_____

6

7

8                                  HONORABLE S. JAMES OTERO
                                   United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4