1  **MICHAEL N. FEUER**, City Attorney (SBN 111529x)
   **THOMAS H. PETERS**, Chief Assistant City Attorney (SBN 163388)
2  **CORY M. BRENTE**, Supervising Assistant City Attorney (SBN 115453)
   **ELIZABETH T. FITZGERALD**, Deputy City Attorney (SBN 158917)
3  200 N. Main Street; 6th Floor, City Hall East
4  Los Angeles, CA 90012
   Email: Elizabeth.fitzgerald@lacity.org
5  Phone No.: (213) 978-7560, Fax No.: (213) 978-8785

6  *Attorneys for Defendant* **CITY OF LOS ANGELES**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DARREN "PETE" WHITE, | CASE NO.: CV17-03306 SJ0 (MRWx) |
|---|---|
| Plaintiff, | *Honorable S. James Otero* |
| vs. | **JOINT STIPULATION AND REQUEST FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| CITY OF LOS ANGELES; CHIEF CHARLIE BECK, in his official capacity; SERGEANT KENNY and and DOES 1 through 10, | |
| Defendants. | |

TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Darren Pete White and Defendants City of Los Angeles, by and through their counsel of record hereby stipulate to the following:

///

///

///

1

1  Whereas, the parties seek to dismiss all claims in the above entitled action
2  and request that the Court execute and enter an ORDER OF DISMISSAL OF
3  ENTIRE ACTION WITH PREJUDICE AS TO ALL CAUSES OF ACTIONS
4  AGAINST DEFENDANT CITY OF LOS ANGELES.

Dated: October 10, 2018

          Respectfully submitted,

          **MICHAEL N. FEUER**, City Attorney
          **THOMAS H. PETERS**, Chief Assistant City Attorney
          **CORY M. BRENTE**, Supervising Assist. City Attorney

          By: /S/
          **ELIZABETH T. FITZGERALD**
          Deputy City Attorney

          *Attorneys for Defendant* **CITY OF LOS ANGELES and CHIEF CHARLIE BECK**

Dated: October 10, 2018

          Respectfully submitted,

          LAW OFFICES OF CAROL SOBEL

          By: /S/
          **CAROL A. SOBEL**
          *Attorney for Plaintiff* **DARREN "PETE" WHITE**

Dated: October 10, 2018

          Respectfully submitted,

          SCHONBRUN SEPLOW HARRIS & HOFFMAN

          By: /S/
          **CATHERINE ELIZABETH SWEETSER**
          *Attorney for Plaintiff* **DARREN PETE WHITE**