FILED
CLERK, U.S. DISTRICT COURT

October 15, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN "PETE" WHITE<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, in his official capacity; SERGEANT KENNY and and DOES 1 through 10,<br><br>Defendants. | **CASE NO.: CV17-03306 SJ0 (MRWx)**<br>*Honorable S. James Otero*<br><br>**ORDER OF DISMISSAL** |

ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE:

Based upon the foregoing request of Plaintiffs and Defendants in the above entitled action DARREN "PETE" WHITE vs. CITY OF LOS ANGELES, et al.

///

///

///

1

1 | The Court shall DISMISS DEFENDANT CITY OF LOS ANGELES WITH
2 | PREJUDICE, as to ALL CAUSES OF ACTIONS in the above entitled action.
3
4 | DATED: October 15, 2018

*S. James Otero*

_____
HONORABLE S. JAMES OTERO
United States District Court Judge

2